# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOROTHY MAE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. CV 08-S-494-S** |
| | ) | |
| **ITAC SOLUTIONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

On June 6, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court ADOPTS the report and ACCEPTS the recommendations of the magistrate judge. Accordingly, it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED for want of prosecution.

DONE this 11th day of August, 2008.

_____
United States District Judge